Dated: July 17, 2007



IT IS SO ORDERED
Judge Maxine M. Chesney

1  THOMAS R. BURKE (CA State Bar No. 141930)
   MICHELLE D. FIFE (CA State Bar No. 240554)
2  DAVIS WRIGHT TREMAINE LLP
   505 Montgomery Street, Suite 800
3  San Francisco, California 94111
   Telephone:  (415) 276-6500
4  Facsimile:  (415) 276-6599
   Email:      tomburke@dwt.com
5              michellefife@dwt.com

6  RANDY GAINER (WA State Bar No. 11823) (*Pro Hac Vice* application pending)
   AMBIKA DORAN (WA State Bar No. 38237) (*Pro Hac Vice* application pending)
7  DAVIS WRIGHT TREMAINE LLP
   1201 Third Avenue, Suite 2200
8  Seattle, WA 98101-3045
   Telephone:  (206) 622-3150
9  Facsimile:  (206) 757-7700
   Email:      randygainer@dwt.com
10             ambikadoran@dwt.com

11 Attorneys for ENOM, INC.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN A. RUSSO, an individual, | Case No. C 07 3401 MMC |
| Plaintiff, | |
| v. | |
| NETWORK SOLUTIONS, INC., a foreign corporation, INFO AVENUE INTERNET SERVICES, LLC, a foreign company, aka SPIRIT TELECOM, LLC and IAREGISTRY, ENOM, INC., a foreign corporation, NAMEVIEW, INC., a foreign corporation, DOMAINE DELUXE, a Hong Kong entity, JOHN DOES 1-10, inclusive, | STIPULATION TO EXTEND DEFENDANT ENOM, INC.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER THEREON

Date:
Time:
Department: |
| Defendants. | |

Defendant eNom, Inc., by and through its counsel of record, DAVIS WRIGHT TREMAINE LLP, and Plaintiff John Russo, by and through his counsel of record, Kathryn S. Diemer, hereby agree and stipulate that Defendants have 16 additional days to answer or otherwise respond to Plaintiff's Complaint, pursuant to N.D. Cal. Civil L.R. 6-1(a). Defendant's response to Plaintiff's Complaint is therefore due no later than August 3, 2007.

1

STIPULATION TO EXTEND RESPONSE TIME TO COMPLAINT
Case No. C 07 3401 MMC

SEA 2052937v1 0032399-000001

IT IS SO STIPULATED.

DATED: 7-17-07    By: _____
~~Kathryn S. Diemer~~
JOHN P. CARDOSI
Attorney for Plaintiff John A. Russo

DAVIS WRIGHT TREMAINE LLP

DATED: 7/17/2007    By: _____
Michelle D. Fife

Attorneys for eNom, Inc.