ROGERS JOSEPH O'DONNELL
THOMAS H. CARLSON (State Bar No. 121367)
DAVID F. INNIS (State Bar No. 160702)
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457

Attorneys for Defendants
INFO AVENUE INTERNET SERVICES,
LLC d/b/a SPIRIT TELECOM, LLC; and
IAREGISTRY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. RUSSO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NETWORK SOLUTIONS, INC., a foreign corporation; INFO AVENUE INTERNET SERVICES, LLC, a foreign company, aka Spirit Telecom, LLC; and IARegistry; eNom, Inc., a foreign corporation; Nameview, Inc., a foreign corporation; DOMAIN DELUXE, a Hong Kong entity; JOHN DOES 1-10, inclusive,<br><br>Defendants. | Case No. C 07 3401 MMC<br><br>**STIPULATED EXTENSION OF TIME FOR DEFENDANTS INFO AVENUE INTERNET SERVICES, LLC d/b/a SPIRIT TELECOM, LLC; AND IAREGISTRY TO RESPOND TO COMPLAINT ; ORDER THEREON** |

Plaintiff, by and through his undersigned counsel of record, hereby stipulates that defendants INFO AVENUE INTERNET SERVICES, LLC d/b/a SPIRIT TELECOM, LLC and IAREGISTRY shall have an extension of time up to and including August 31, 2007 within which to respond to the complaint in this matter.

SO STIPULATED.

Dated: August 7, 2007

DIEMER, WHITMAN & CARDOSI, LLP

By: _____
KATHRYN S. DIEMER

Attorneys for Plaintiff JOHN A. RUSSO

Page 1

Stipulated Extension of Time for Defs. Info Avenue Internet Services, LLC; d/b/a Spirit Telecom, LLC; and IARegistry to Respond to Complaint – Case No: C 07 3401 MMC

260617.1

1 | Dated: August 9, 2007

ROGERS JOSEPH O'DONNELL

By: _____
DAVID F. INNIS

Attorneys for Defendants
INFO AVENUE INTERNET SERVICES, LLC d/b/a SPIRIT TELECOM, LLC; and IAREGISTRY

8 | Dated: August 10, 2007

**IT IS SO ORDERED**

Judge Maxine M. Chesney

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA