IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. RUSSO, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NETWORK SOLUTIONS, INC., et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 07-3401 MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE DEFENDANTS' MOTION TO COMPEL PLAINTIFF'S INITIAL DISCLOSURES AND DEFENDANTS' MOTION FOR SANCTIONS** |

　　　　Pursuant to Civil Local Rule 72-1, defendants' "Motion to Compel Plaintiff's Initial Disclosures" and "Motion for Sanctions," each filed October 30, 2007, and all further discovery motions, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

　　　　Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.[1]

　　　　**IT IS SO ORDERED**.

Dated: November 1, 2007

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] The December 7, 2007 hearing date before the undersigned is VACATED.