DIEMER, WHITMAN & CARDOSI, LLP
KATHRYN S. DIEMER, #133977
75 East Santa Clara Street, Suite 290
San Jose, California 95113
Telephone: (408) 971-6270
Facsimile: (408) 971-6271

Attorneys for Plaintiff
JOHN A. RUSSO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. RUSSO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NETWORK SOLUTIONS, INC., a foreign corporation; INFO AVENUE INTERNET SERVICES, LLC, a foreign company, aka Spirit Telecom, LLC; and IARegistry; eNom, Inc., a foreign corporation; Nameview, Inc., a foreign corporation; DOMAIN DELUXE, a Hong Kong entity; JOHN DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3 07 3401 MMC<br><br>**STIPULATED ORDER FOR DISMISSAL OF DEFENDANTS INFO AVENUE INTERNET SERVICES, LLC, AND THE REGISTRY AT INFO AVENUE, LLC D/B/A IAREGISTRY** |

Plaintiff John A. Russo, on the one hand, and Defendants Info Avenue Internet Services, LLC (sued herein as "Info Avenue Internet Services, LLC, a foreign company, aka Spirit Telecom, LLC") ("Info Avenue") and The Registry at Info Avenue, LLC d/b/a IARegistry (sued herein as "IARegistry") ("IARegistry"), on the other hand, hereby enter into a stipulation whereby Plaintiff dismisses Defendants Info Avenue and IARegistry with prejudice. Contingent upon the Court's approval of this dismissal, Defendants Info Avenue and IARegistry withdraw all motions and actions taken by them in this matter.

Dated: February __, 2008          DIEMER, WHITMAN & CARDOSI, LLP

                                  By: _____
                                  Kathryn S. Diemer
                                  Attorneys for Plaintiff John A. Russo

Page 1

Stipulated Order for Dismissal of Info Avenue Internet Services, LLC, and The Registry at Info Avenue, LLC d/b/a IARegistry – Case No: C 07 3401 MMC

265570.1

| | | |
|---|---|---|
| 1 | Dated: February 15, 2008 | ROGERS JOSEPH O'DONNELL  |
| 2 | | By: _____ |
| 3 | | THOMAS H. CARLSON |
| | | Attorneys for Defendants |
| 4 | | INFO AVENUE INTERNET SERVICES, LLC, |
| | | and THE REGISTRY AT INFO AVENUE, LLC |
| 5 | | d/b/a IAREGISTRY |

After review of this stipulation, and for good cause shown, IT IS HEREBY ORDERED THAT: Defendant Info Avenue and Defendant IARegistry are dismissed from this action with prejudice. All actions by Info Avenue and IARegistry are deemed withdrawn.

Dated: February 19, 2008

Honorable Maxine Chesney
Judge of the United States District Court

Page 2

Stipulated Order for Dismissal of Info Avenue Internet Services, LLC, and The Registry at Info Avenue, LLC d/b/a IARegistry – Case No: C 07 3401 MMC

265570.1