IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. RUSSO, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>NETWORK SOLUTIONS, INC., et al.,<br><br>    Defendants.<br>_____/ | No. C 07-3401 MMC<br><br>**ORDER DIRECTING NETWORK SOLUTIONS, LLC TO LODGE CHAMBERS COPY IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

    On March 28, 2008, "non-party" Network Solutions, LLC, an entity whom plaintiff seeks to name as a defendant in an amended complaint, electronically filed its Opposition to Plaintiff's Motion for Leave to Amend.  Network Solutions, LLC has violated General Order 45 and the Court's standing orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VII.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

    Network Solutions, LLC is hereby ORDERED to comply with General Order 45 and the Court's standing orders by immediately submitting a chambers copy of the above-referenced document.  Network Solutions, LLC is hereby advised that if it fails in the future

to comply with the Court's order to provide chambers copies of electronically-filed documents, the Court may impose sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED**.

Dated: April 3, 2008

_____
MAXINE M. CHESNEY
United States District Judge