IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. RUSSO, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>NETWORK SOLUTIONS, INC., et al.,<br><br>    Defendants<br>_____/ | No. C 07-3401 MMC<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR CLARIFICATION** |

 Before the Court is "Plaintiff's Motion for Clarification of the Magistrate's January 10, 2008 Recommendation," by which plaintiff asks this Court to "reconsider and clarify" the Report and Recommendation Re Defendants' Motion for Preclusion Sanctions, issued that date by Magistrate Judge Edward M. Chen. (See Motion at 3:4-5.)

 Because the author of the Recommendation is in the best position to clarify what was intended thereby and/or to reconsider the determination reached therein, the Court hereby DENIES the motion, without prejudice to plaintiff's seeking such relief from Judge Chen.

 Once Judge Chen has ruled on plaintiff's motion, this Court will consider his Recommendation as clarified and/or amended.

 **IT IS SO ORDERED.**

Dated: April 9, 2008

MAXINE M. CHESNEY
United States District Judge