IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. RUSSO, an individual, | No. C 07-3401 MMC |
| Plaintiff, | **ORDER DIRECTING PLAINTIFF TO FILE MOTION FOR DEFAULT JUDGMENT WITH RESPECT TO DEFENDANT NAMEVIEW, INC.** |
| v. | |
| NETWORK SOLUTIONS, INC., et al., | |
| Defendants | |

On March 20, 2008, the Clerk, at plaintiff's request, entered the default of defendant Nameview, Inc. There appearing from the record no reason to delay resolution of the matter, plaintiff is hereby DIRECTED to file, no later than April 25, 2008, a motion for default judgment. If no such motion is filed, the Court will dismiss Nameview, Inc., without prejudice, for failure to prosecute. See Fed.R.Civ.P. 41(b).

**IT IS SO ORDERED.**

Dated: April 10, 2008

_____
MAXINE M. CHESNEY
United States District Judge