1   JOEL R. DICHTER (NY State Bar) (admitted *Pro Hac Vice*)
    DEREK LINKE (WA State Bar No. 38314) (admitted *Pro Hac Vice*)
2   NEWMAN DICHTER LLP
    505 Fifth Avenue South, Suite 610
3   Seattle, WA 98104
    Telephone:    (206) 274-2800
4   Facsimile:    (206) 274-2801
    Email:        joel@newmandichter.com
5                 linke@newmandichter.com

6   KATHRYN S. DIEMER, CA State Bar No. 133977
    DIEMER, WHITMAN & CARDOSI, LLP
7   75 East Santa Clara, Suite 290
    San Jose, California  95113
8   Telephone:    (408) 971-6270
    Facsimile:    (408) 971-6271
9
    Attorneys for John A. Russo
10

11                  UNITED STATES DISTRICT COURT

12          FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                   SAN FRANSISCO DIVISION

14

15   John A. Russo, an individual,              Case No. C 07 3401 MMC

16                   Plaintiff,                 [PROPOSED] ORDER GRANTING
                                                PLAINTIFF RUSSO'S MOTION FOR
17           v.                                 LEAVE TO EFFECT ALTERNATIVE
                                                SERVICE ON DEFENDANT DOMAIN
18   NETWORK SOLUTIONS, INC., a -foreign        DELUXE; DISCHARGING ORDER TO
     corporation INFO AVENUE INTERNET           SHOW CAUSE
19   SERVICES, LLC, a foreign company, aka      Date:        May 30, 2008
     Sprint Telecom, LLC and IARegistry, eNom,  Time:        9:00 a.m.
20   Inc., a foreign corporation, Nameview, Inc, a  Courtroom:    7
     foreign corporation, DOMAIN DELUXE, a
21   Hong Kong entity, JOHN DOES 1 – 10,
     inclusive
22
                     Defendants.
23

24           This matter came before the Court on Plaintiff John A. Russo's ("Russo") Motion for

25   Leave to Effect Alternative Service on Defendant Domain Deluxe.  Having reviewed Russo's

26   Motion, the Declarations of Joel R. Dichter and Derek Linke and exhibits thereto, and all of the

27   relevant papers and pleadings on file with the Court in this matter, the Court FINDS and

28
                                          1

ORDERS as follows:

1.   Plaintiff has undertaken good faith diligent efforts to serve Domain Deluxe and

has been unable to do so.  Accordingly, the Order to Show Cause is hereby
DISCHARGED.

2.   Russo is granted leave to serve Domain Deluxe with the Summons and Complaint

using the following methods:

   i.    Via the contact information Domain Deluxe provided to IARegistry by

         service by email to <sales1@domaindeluxe.com> and postal mail to

         Domain Deluxe, 16/F Cheung Kong Center, 2 Queens Road Central, Hong

         Kong, HK;

   ii.   Via the contact information provided for the Domain Name by the privacy

         service at the current registrar for the Domain Name by email to

         <39gi8htvuy3me@2008.identityshield.com> and postal mail to

         PRINT.COM c/o Whois Identity Shield, 142-757 W. Hastings St., Suite

         #777, Vancouver, BC, Canada V6C 1A1, with instructions to forward to

         Domain Deluxe; and

   iii.  Via Ari Goldberger, an attorney who confirmed that he represented

         Domain Deluxe, by email at <ari@ESQwire.com> and facsimile to

         (858) 874-9182.

3.   Russo shall serve Domain Deluxe using all of the foregoing methods within five

     (5) days after issuance of this Order.

4.   Service shall be deemed effective upon Russo's dispatch of the documents via all

     of the methods listed above.

//

5.   Russo shall file proof of service, with respect to each of the above-referenced
     means of service, within ten (10) days of the date of this Order.

//

- 2 -

1    **IT IS SO ORDERED.**

2

3    Dated:   May 27, 2008

                                      Maxine M. Chesney

4                                            United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

[PROPOSED] ORDER GRANTING RUSSO'S MOTION
FOR LEAVE TO EFFECT ALTERNATIVE SERVICE ON DOMAIN DELUXE