```
 1  JOEL R. DICHTER (NY State Bar) (admitted Pro Hac Vice)
    DEREK LINKE (WA State Bar No. 38314) (admitted Pro Hac Vice)
 2  NEWMAN DICHTER LLP
    505 Fifth Avenue South, Suite 610
 3  Seattle, WA 98104
    Telephone:     (206) 274-2800
 4  Facsimile:     (206) 274-2801
    Email:         joel@newmandichter.com
 5                 linke@newmandichter.com

 6  KATHRYN S. DIEMER, CA State Bar No. 133977
    DIEMER, WHITMAN & CARDOSI, LLP
 7  75 East Santa Clara, Suite 290
    San Jose, California  95113
 8  Telephone:     (408) 971-6270
    Facsimile:     (408) 971-6271
 9
    Attorneys for John A. Russo
10
```

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| John A. Russo, an individual, | Case No. C 07 3401 MMC |
| Plaintiff, | **STIPULATED ORDER FOR DISMISSAL OF DEFENDANT ENOM, INC.** |
| v. | |
| NETWORK SOLUTIONS, INC., a -foreign corporation INFO AVENUE INTERNET SERVICES, LLC, a foreign company, aka Sprint Telecom, LLC and IARegistry, eNom, Inc., a foreign corporation, Nameview, Inc, a foreign corporation, DOMAIN DELUXE, a Hong Kong entity, JOHN DOES 1 – 10, inclusive | |
| Defendants. | |

Plaintiff John A. Russo and Defendant eNom, Inc. ("eNom") hereby stipulate to the dismissal with prejudice of Plaintiff's claims against Defendant eNom, Inc. in the above-captioned lawsuit.

//

- 1 -

STIPULATED ORDER FOR DISMISSAL OF DEFENDANT ENOM, INC

1  DATED this 20th day of June, 2008

3                                          NEWMAN DICHTER LLP

5                              By:    /s/ Derek Linke
                                      Joel Dichter
6                                     Derek Linke
                                      (admitted *Pro Hac Vice*)
7                                     Attorneys for Plaintiff
                                      John A. Russo

11 Dated this 20th day of June, 2008

13                                         DAVIS WRIGHT TREMAINE LLP

15                             By:    /s/ Ambika Doran (with authorization)
                                      MICHELLE D. FIFE
16                                    THOMAS R. BURKE
                                      RANDY GAINER (admitted pro hac vice)
17                                    AMBIKA K. DORAN (admitted pro hac vice)
                                      Attorneys for Defendant ENOM, INC.

20     After review of this stipulation, and for good cause shown, IT IS HEREBY ORDERED

21 THAT:  Defendant eNom, Inc. is dismissed from this action with prejudice.

24 Dated:  June __24__, 2008                    _____
                                                Honorable Maxine Chesney
25                                              Judge of the United States District Court

- 2 -

STIPULATED ORDER FOR DISMISSAL OF DEFENDANT ENOM, INC