**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. RUSSO, an individual, | No. C 07-3401 MMC |
| Plaintiff, | **ORDER RE: PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DOMAIN DELUXE** |
| v. | |
| NETWORK SOLUTIONS, INC., et al., | |
| Defendants. / | |

The Court is in receipt of plaintiff's Motion for Default Judgment Against Domain Deluxe, filed July 16, 2008 and noticed for hearing on August 8, 2008.

By noticing the motion for hearing on a date only 23 days after the filing of the motion, plaintiff has failed to comply with the Local Rules of this District. See Civil L.R. 7-2(a) (providing motion must be noticed for hearing "not less than 35 days after service of the motion"). Additionally, plaintiff has failed to provide proof of service of the motion on defendant Domain Deluxe.

Accordingly, plaintiff is hereby DIRECTED to re-notice the motion for hearing in compliance with the Local Rules, to serve a copy of the motion, along with a copy of the re-notice, upon defendant Domain Deluxe, and to file, no later than July 25, 2008, proof of such service. If plaintiff fails to timely re-notice the motion or file proof of service as

//

1 | directed, the motion will be denied.

2 | **IT IS SO ORDERED**.

3 |

4 | Dated: July 21, 2008

_____
MAXINE M. CHESNEY
United States District Judge