IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN A. RUSSO, an individual,

    Plaintiff,

  v.

NETWORK SOLUTIONS, INC., et al.,

    Defendants.
                                    /

No. C 07-3401 MMC

**ORDER DENYING STIPULATION FOR ORDER SHORTENING TIME; CONTINUING AUGUST 29, 2008 HEARING**

        The Court is in receipt of the "Stipulation for Order Shortening Time," filed August 19, 2008 on behalf of plaintiff and defendant Domain Deluxe, in which said parties request Domain Deluxe's motion to set aside the Clerk's entry of default, which motion has not yet been filed, be heard on shortened time. Specifically, the parties stipulate that Domain Deluxe will file its motion to set aside default no later than August 22, 2008, plaintiff will file opposition thereto no later than August 27, 2008, and the matter will be heard on August 29, 2008, the date on which plaintiff's pending motion for default judgment against Domain Deluxe is currently scheduled to be heard. Plaintiff and Domain Deluxe have failed, however, to show good cause for hearing the matter on shortened time.

        Accordingly, the Stipulation for Order Shortening Time is hereby DENIED. As stipulated, Domain Deluxe shall file its motion to set aside the Clerk's entry of default no later than August 22, 2008; however, said motion shall be noticed for hearing on

1  September 26, 2008.  Further, the August 29, 2008 hearing on plaintiff's motion for default
2  judgment is hereby CONTINUED to September 26, 2008.
3       **IT IS SO ORDERED**.
4
5  Dated: August 20, 2008
                            MAXINE M. CHESNEY
                            United States District Judge

2