**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   JOHN A. RUSSO, an individual,                No. C 07-3401 MMC

12              Plaintiff,
                                                  **ORDER DIRECTING DEFENDANT
13      v.                                        DOMAIN DELUXE TO LODGE
                                                  CHAMBERS COPY IN COMPLIANCE
14   NETWORK SOLUTIONS, INC., et al.,             WITH GENERAL ORDER 45 AND THE
                                                  COURT'S STANDING ORDERS**
15              Defendants.
                                          /
16

17          On August 22, 2008, defendant Domain Deluxe electronically filed its Motion to Set

18   Aside Default, and accompanying declarations.  Defendant has violated General Order 45

19   and the Court's standing orders, however, by failing to deliver to the Clerk's Office "no later

20   than noon on the business day following the day that the papers are filed electronically, one

21   paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and

22   . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not

23   File.'" See General Order 45 § VII.G; see also Standing Orders For Civil Cases Assigned to

24   The Honorable Maxine M. Chesney ¶ 2.

25          Defendant is hereby ORDERED to comply with General Order 45 and the Court's

26   standing orders by immediately submitting a chambers copy of the above-referenced

27   documents.  Defendant is hereby advised that if it fails in the future to comply with the

28   Court's order to provide chambers copies of electronically-filed documents, the Court may

1  impose sanctions, including, but not limited to, striking from the record any electronically-

2  filed document of which a chambers copy has not been timely provided to the Court.

3       **IT IS SO ORDERED**.

4

Dated: August 27, 2008

5                                                            MAXINE M. CHESNEY
                                                            United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2