JOEL R. DICHTER (NY State Bar) (admitted *Pro Hac Vice*)
DEREK LINKE (WA State Bar No. 38314) (admitted *Pro Hac Vice*)
NEWMAN DICHTER LLP
505 Fifth Avenue South, Suite 610
Seattle, WA 98104
Telephone:   (206) 274-2800
Facsimile:    (206) 274-2801
Email:          joel@newmandichter.com
                    linke@newmandichter.com

KATHRYN S. DIEMER, CA State Bar No. 133977
DIEMER, WHITMAN & CARDOSI, LLP
75 East Santa Clara, Suite 290
San Jose, California  95113
Telephone:   (408) 971-6270
Facsimile:    (408) 971-6271

Attorneys for John A. Russo

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| John A. Russo, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NETWORK SOLUTIONS, INC., a -foreign corporation INFO AVENUE INTERNET SERVICES, LLC, a foreign company, aka Sprint Telecom, LLC and IARegistry, eNom, Inc., a foreign corporation, Nameview, Inc, a foreign corporation, DOMAIN DELUXE, a Hong Kong entity, JOHN DOES 1 – 10, inclusive<br><br>　　　　　Defendants. | Case No. C 07 3401 MMC<br><br>**STIPULATION. AND ORDER** |

　　　　Pursuant to Civil L.R. 6-2, Plaintiff John A. Russo and Defendant Domain Deluxe hereby stipulate to and respectfully request the Court enter an order modifying time in this matter as follows:

　　　　1.   Enlarging Plaintiff Russo's time to file a declaration in support of his Opposition

- 1 -

STIPULATED ORDER FOR DISMISSAL OF DEFENDANT ENOM, INC

to Domain Deluxe's Motion to Set Aside (Dkt. No. 130) to no later than September 12, 2008;

2. Enlarging Defendant Domain Deluxe's time to file and serve its reply, if any, in support of its Motion to Set Aside Default (Dkt. No. 128) until September 19, 2008; and

3. Continuing the hearings on Plaintiff's Motion for Default Judgment (Dkt. No. 118) from September 26, 2008 to October 3, 2008 and on Defendant Domain Deluxe's Motion to Set Aside Default (Dkt. No. 128) from September 26, 2008 to October 3, 2008.

The parties request the foregoing time modifications for the following reasons:

First, Plaintiff Russo and his counsel had technical difficulties and were unable to obtain an executed copy of the signature page for Russo's Declaration in Support of his Opposition to Domain Deluxe's Motion to Set Aside until after the midnight filing deadline for that opposition on Friday, September 5, 2008.

Second, Plaintiff's primary trial counsel will not be available to attend the hearings currently set for argument on September 26, 2008.  The motions set for hearing are essentially dispositive in nature and Russo and his lead attorney would like to appear.  Domain Deluxe and its counsel have graciously agreed to continue these hearings until October 5, 2008.

Third, Domain Deluxe has relied on the stipulation of Plaintiff's counsel, and so is not filing its Reply today, September 12, 2008, but will instead review the new Russo declaration and file the Reply on September 19, 2008, and will be severely prejudiced if the Court does not consider its Reply.

Alternatively, the parties are amenable to any later date more convenient for the Court.

DATED this 12th day of September, 2008

NEWMAN DICHTER LLP


By:   /s/ Derek Linke (w/ authorization)
      Joel Dichter

1  
2  Derek Linke  
(admitted *Pro Hac Vice*)  
Attorneys for Plaintiff  
3  John A. Russo  
4  
5  
6  Dated this 12th day of September, 2008  
7  
8  THE WILLIAMS FIRM  
9  
10  By:  /s/ D. Alexander Floum  
D. ALEXANDER FLOUM, ESQUIRE  
11  Attorneys for Defendant DOMAIN DELUXE  
12  
**ORDER**  
13  
14  After review of this stipulation, and for good cause shown, IT IS HEREBY ORDERED  
15  THAT times in this matter shall be extended as follows:  
16  Plaintiff Russo's shall have until September 12, 2008 to file an additional declaration in  
17  support of his Opposition to Domain Deluxe's Motion to Set Aside (Dkt. No. 130);  
18  Defendant Domain Deluxe's time to file and serve its reply in support of its Motion to Set  
19  Aside Default (Dkt. No. 128) shall be extended until September 19, 2008; and  
20  The hearings on Plaintiff's Motion for Default Judgment (Dkt. No. 118) and on  
21  Defendant Domain Deluxe's Motion to Set Aside Default (Dkt. No. 128) shall be continued from  
22  September 26, 2008 to October 3, 2008.  
23  
24  Dated: September __15__, 2008      _____  
Honorable Maxine Chesney  
25  Judge of the United States District Court  
26  
27  
28  

- 3 -

STIPULATED ORDER FOR DISMISSAL OF DEFENDANT ENOM, INC