**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN A. RUSSO, an individual,

    Plaintiff,

  v.

NETWORK SOLUTIONS, INC., et al.,

    Defendants.

                         /

No. C 07-3401 MMC

**ORDER DIRECTING DEFENDANT DOMAIN DELUXE TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS**

    By order filed August 27, 2008, the Court directed defendant Domain Deluxe to lodge chambers copies of its Motion to Set Aside Default, filed August 22, 2008, and all accompanying declarations, in compliance with General Order 45 and the Court's Standing Orders.  (See Order filed August 27, 2008.)  To date, Domain Deluxe has failed to submit chambers copies of the above-referenced documents.  Additionally, Domain Deluxe has failed to lodge a copy of its Reply, filed September 19, 2008.

    Accordingly, if Domain Deluxe fails to deliver to the Clerk's Office chambers copies of such documents by September 29, 2008 at 4:00 p.m., the Motion to Set Aside Default and all supporting documents will be STRICKEN.

    **IT IS SO ORDERED**.

Dated: September 26, 2008

_____
MAXINE M. CHESNEY
United States District Judge