IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN A. RUSSO,

    Plaintiff,

v.

NETWORK SOLUTIONS, INC., et al.,

    Defendants.
    /

No. C 07-3401 MMC

**ORDER STRIKING DEFENDANT DOMAIN DELUXE'S MOTION TO SET ASIDE DEFAULT; VACATING HEARING ON MOTION TO SET ASIDE DEFAULT AND MOTION FOR ENTRY OF DEFAULT JUDGMENT**

    By order filed September 26, 2008, the Court informed defendant Domain Deluxe that if it did not submit, by September 29, 2008 at 4:00 p.m., a chambers copy of its Motion to Set Aside Default, the Court would strike the motion.[1]

    To date, no chambers copy has been submitted to the Court. Accordingly, the Motion to Set Aside Default is hereby STRICKEN, and the hearing on said motion, scheduled for October 3, 2008, is hereby VACATED.

    Additionally, no opposition to plaintiff's Motion for Default Judgment having been filed, the Court deems said motion appropriate for decision without a hearing, see Civ. L.R. 7-1(b), and the hearing on said motion, likewise scheduled for October 3, 2008, is hereby VACATED.

    **IT IS SO ORDERED**.

Dated: September 30, 2008

                                              MAXINE M. CHESNEY
                                              United States District Judge

---

[1] By prior order, filed August 27, 2008, Domain Deluxe was directed to submit such copy immediately.