IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. RUSSO,<br><br>    Plaintiff,<br>  v.<br><br>NETWORK SOLUTIONS, INC.,<br><br>    Defendants.<br>_____/ | No. C 07-3401 MMC<br><br>**ORDER OF DISMISSAL** |

    Plaintiff John A. Russo and the two remaining defendants, Domain Deluxe and Nameview, Inc., having advised the Court that they have agreed to a settlement of the above-titled action, and said parties having stipulated to a conditional dismissal of the action without prejudice,

    IT IS HEREBY ORDERED that all claims alleged herein be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar to be set for trial.

    **IT IS SO ORDERED.**

Dated: November 10, 2008

                                                         MAXINE M. CHESNEY<br>
                                                         United States District Judge