JOEL R. DICHTER (NY State Bar) (admitted *Pro Hac Vice*)
DEREK LINKE (WA State Bar No. 38314) (admitted *Pro Hac Vice*)
NEWMAN DICHTER LLP
505 Fifth Avenue South, Suite 610
Seattle, WA 98104
Telephone:     (206) 274-2800
Facsimile:     (206) 274-2801
Email:         joel@newmandichter.com
               linke@newmandichter.com

KATHRYN S. DIEMER, CA State Bar No. 133977
DIEMER, WHITMAN & CARDOSI, LLP
75 East Santa Clara, Suite 290
San Jose, California  95113
Telephone:     (408) 971-6270
Facsimile:     (408) 971-6271

Attorneys for John A. Russo

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| John A. Russo, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NETWORK SOLUTIONS, INC., a -foreign corporation INFO AVENUE INTERNET SERVICES, LLC, a foreign company, aka Sprint Telecom, LLC and IARegistry, eNom, Inc., a foreign corporation, Nameview, Inc, a foreign corporation, DOMAIN DELUXE, a Hong Kong entity, JOHN DOES 1 – 10, inclusive<br><br>　　　　　Defendants. | Case No. C 07 3401 MMC<br><br>**STIPULATED ORDER FOR DISMISSAL OF DEFENDANTS NAMEVIEW, INC. AND DOMAIN DELUXE** |

　　　　Plaintiff, John A. Russo, and Defendants, NAMEVIEW, INC. ("Nameview") and

DOMAIN DELUXE ("Domain Deluxe"), hereby stipulate to the dismissal with prejudice of

Plaintiff's claims against Defendants, Nameview and Domain Deluxe, in the above-captioned

lawsuit.

- 1 -

1    Each party to bear all of their own fees and costs in the above-described action.

2    DATED this 14th day of November, 2008

3

4                                              NEWMAN DICHTER LLP

5

6                                  By:    /s/ Derek Linke_____

7                                         Joel Dichter
                                          Derek Linke
8                                         (admitted *Pro Hac Vice*)
                                          Attorneys for Plaintiff
9                                         John A. Russo

10

11

12   Dated this 14th day of November, 2008

13

14                                             THE WILLIAMS FIRM

15

16                                 By:    /s/ D. Alexander Floum (with authorization)
                                          D. Alexander Floum
17                                        Attorneys for Defendants
                                          Nameview, Inc. and Domain Deluxe
18

19

20       After review of this stipulation, for good cause shown, and PURSUANT TO

21   STIPULATION, IT IS HEREBY ORDERED THAT:  Defendants Nameview and Domain

22   Deluxe are dismissed from this action with prejudice.

23

24
         November 17,
25   Dated:  _____, 2008                 _____
                                          Honorable Maxine Chesney
26                                        Judge of the United States District Court

27

28
                                         - 2 -
     STIPULATED ORDER FOR DISMISSAL OF DEFENDANTS
     NAMEVIEW, INC. AND DOMAIN DELUXE